

**FILED**

06/01/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0544

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 06-0544

FILED

JUN 0 1 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN RE PETITION OF SKY S. JONES FOR
REINSTATEMENT TO ACTIVE STATUS IN THE
BAR OF MONTANA

**ORDER**

    Sky S. Jones has petitioned the Court for reinstatement to active status in the State Bar of Montana. Jones was placed on inactive status on January 13, 2020, for failing to comply with the Rules for Continuing Legal Education. Attached to the Petition is a letter from the State Bar stating that Jones has now completed all CLE requirements through the reporting year that ended March 31, 2021 (Jones has been placed on inactive status for CLE non-compliance for more than one reporting year). The Petition states that Jones is not currently subject to disciplinary proceedings and has not committed any acts or omissions sanctionable under the Rules of Professional Conduct while on inactive status. Good cause appearing,

    IT IS HEREBY ORDERED that the petition of Sky S. Jones for reinstatement to active status in the State Bar of Montana is GRANTED. Upon payment of any remaining dues, fees, and the state license tax to the State Bar of Montana, Jones shall be reinstated.

    The Clerk is directed to provide copies of this order to the Petitioner and the State Bar of Montana.

    DATED this 1st day of June, 2021.

Chief Justice

_____

_____

_____

_____
Justices